Greenwood Lake Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

The Village of Port Jervis, Respondent, v. Ernest M. Close, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

John R. Hinz, Administrator, Respondent, v. John H. Starin, Appellant. — Order modified in accordance with opinion; order to be settled by Judge Dykman. Opinion by Dykman, J.; Pratt, J., not sitting.

Jesse L. Ward and another, Respondents, v. De Witt C. Littlejohn, Individually and as Executor, etc., and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Louisa C. Hoffkins, Respondent, v. The Manhattan Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Phœbe A. Cousins, Respondent, v. The Third Avenue Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Justice Pratt.

James E. Hamel, Respondent, v. The Brooklyn and New York Ferry Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Alanson R. Simonson, Respondent, v. Alfred L. Simonson, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Mary F. Stouter, Respondent, v. The Manhattan Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Ambrose Lee and another, Respondents, v. John T. Briggs, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

The Fulton Bank of Brooklyn, Appellant, v. Herbert Chase and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

Stephen A. Perkins, Appellant, v. George D. Eighmie, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. Denis Meehan, Appellant, v. The Commissioners of the Department of Fire and Buildings of the City of Brooklyn, Respondents. — Order reversed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

In the Matter of Probate of George R. Jacott's Will. — Judgment and decree reversed and new trial granted, with costs to appellant on appeal; question of costs otherwise reserved until after trial. Opinion by Pratt, J.; Dykman, J., not sitting.

Jerome B. Waas, Respondent, v. Benjamin F. Stephens, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of Probate of Charlotte Bennett's Will. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

Thomas W. Ludlow and another, as Executors, Appellants, v. John D. Gierhon, Respondent.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Henry C. Brown, Respondent, v. The German-American Insurance Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The Chester Rolling Mills, Appellant, v. The Vessels Hopatcong and Musconetcong, their Tackel, etc., Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

The Phœnix Iron Company, Appellant, v. Same Vessels, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Josiah M. Favill, Respondent, v. C. Lawrence Perkins, Appellant. — Order granting new trial affirmed, with costs. Opinion by Barnard, P. J.

Charles McKeown and others, Respondents, v. John Officer, as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Mary A. Bolen, Respondent, v. George F. Bolen, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Good, Respondent, v. William S. Deland and another, Appellants. — Judgment overruling demurrer to complaint affirmed, with costs. Opinion by Barnard, P. J.

John D. Gierhon, Appellant, v. Thomas W. Ludlow, Respondent.—Exceptions sustained, order dismissing complaint reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

Alfred Roe and another, Appellants, v. Caroline A. Strong and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman J.

---

## THIRD DEPARTMENT, JULY TERM, 1889.

**Decisions handed down at an adjourned term, July, 1889.**

In the Matter of Clarissa Cook, a Lunatic. — Orders modified by striking out finding as to the lunacy prior to date of inquisition, as so modified affirmed, without costs. Opinion by Landon, J.

James Cook, Respondent, v. The Village of Waterford, Appellant. — Order affirmed, with costs and disbursements. Opinion by Ingalls, J.

Charlotte Peek, Appellant, v. The Fonda, Johnstown and Gloversville Railroad Company, Respondent. — Order modified so that the verdict is set aside and new trial granted on payment by defendant to plaintiff of costs and disbursements of former trial and of motion. As modified affirmed, without costs of this court. Opinion by Learned, P. J.

The People of the State of New York, Appellant, v. Albert Dubois, Respondent. — Judgment of Court of Sessions affirmed. Opinion by Ingalls, J.

Robert Hans, Respondent, v. Troy and Sandlake Turnpike Company, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Learned P. J.; Ingalls, J., not voting.

Charles Kerr, Appellant, v. West Shore Railroad Company, Respondent. — Judgment affirmed, with costs on opinion below.

George Hotis, Respondent, v. The New York Central and Hudson River Railroad, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Learned. P. J.

Mary R. Stoddard, Respondent, v. Charles S. Weston and others, Appellants. — Judgment reversed, new trial granted. Costs to abide event. Opinion by Learned, P. J.

Luke Cox, Appellant, v. The Albany Brewing Company, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Sarah E. Phillips, Respondent, v. The New York